# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RICK BOUNDS AUTO SALES, INC. | § § § | PLAINTIFF |
| V. | § § | Civil No. 1:09CV65-HSO-JMR |
| WESTERN HERITAGE INSURANCE COMPANY | § § § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [3] filed by Defendant Western Heritage Insurance Company. The Court, after a full review and consideration the record, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's claims against Defendant Western Heritage Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 30th day of September, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE